**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01544-LTB-OES

ALLEN ATENCIO,
    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
    Defendant.

_____

**ORDER**
_____

    This is a case of employment discrimination. Allen Atencio, a former employee of Denver Health and Hospital Authority, filed a complaint July 27, 2004 alleging sex discrimination, retaliation and hostile work environment under 42 U.S.C. §§ 2000e(b),(g) and (h); and for intentional infliction of emotional distress, a state law claim. Plaintiff requested compensatory damages, punitive damages and reasonable costs and attorney fees.

    On September 27, 2004 defendant Denver Health and Hospital Authority moved to dismiss the claim for intentional infliction of emotional distress and any claims for punitive damages in the original complaint for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)6. Defendant added an additional argument for lack of subject matter jurisdiction in a motion filed March 16, 2005.

    On May 11, 2005 plaintiff filed an amended complaint, dropping the request for punitive damages. On May 20,2005 plaintiff filed an Unopposed Response to Defendant's Motions to Dismiss Claims of Intentional Infliction of Emotional Distress and Punitive Damages, agreeing to dismiss these claims. On May 31, 2005 defendant moved again to dismiss these claims, in response to plaintiff's First Amended Complaint. On June 17, 2005, plaintiff filed a response to

this motion, reiterating plaintiff's agreement to dismiss claims for intentional infliction of emotional distress and for punitive damages, but retaining the other claims in the first amended complaint.

The parties agree that the claim for intentional infliction of emotional distress should be dropped. Also, plaintiff's amended complaint no longer requests punitive damages. Therefore, It is So ORDERED:

Defendant's motion to dismiss plaintiff's claim for intentional infliction of emotional distress for lack of subject matter jurisdiction is GRANTED.

**DONE and ORDERED,** this   31st   day of August, 2005 at Denver, Colorado.

                                                              s/Lewis T. Babcock
                                            United States District Chief Judge