**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-cv-01544-LTB-OES

ALLEN ATENCIO,

       Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 56 - filed March 24, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          LEWIS T. BABCOCK, Chief Judge

DATED: March 27, 2006